### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

IN RE:  **Daniel Romero, Jr.**                                                     Case No.
        **Yvonne Romero**
            Debtor(s)                                          Chapter 13 Proceeding

### ☐ *AMENDED*   ☐ *MODIFIED*
### DEBTOR(S)' CHAPTER 13 PLAN
### AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

---

*Creditors are hereby notified that the following Plan may be amended at any time before confirmation.  Any amendment may affect your status as a creditor.  The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change.  The following Plan advises creditors of the status of the case based on the information known at the time of its preparation.  Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances.  More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas.  Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*

*Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

---

### Plan Summary

**A.**  The Debtor's Plan Payment will be _____ **$675.00  Monthly** _____, paid by  ☑ Pay Order or ☐ Direct Pay
for _____ **60 months** _____.  The gross amount to be paid into the plan is _____ **$40,500.00** _____.

**B.**  The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately __**5%**____ of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS.  YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED.  CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

**C.**  The value of the Debtor's non-exempt assets is _____ **$0.00** _____.

**D.**  If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

### Plan Provisions

### I.  Vesting of Estate Property

☐  Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☑  Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐  Other (describe):

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Daniel Romero, Jr.**                                        Case No.
         **Yvonne Romero**
                    Debtor(s)                                        Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 1*

---

### II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
| --- | --- | --- |
|  |  |  |

### III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
| --- | --- | --- | --- |
| VW Credit inc | 2013 Passat | Assumed | No |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
| --- | --- | --- | --- |
| **(None)** |  |  |  |

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
| --- | --- | --- | --- | --- | --- | --- |
| GECU 2009 Ford F150 | $8,114.00 | $15,100.00 | Pro-Rata | 5.25% | $16,700.64 | Pay Claim |
| GECU 2009 Ford F150 | $965.00 | $0.00 | Pro-Rata | 5.25% | $0.00 | X Collateral |

Form 11/7/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **Daniel Romero, Jr.**                                          Case No.
        **Yvonne Romero**
              Debtor(s)                                          Chapter 13 Proceeding

□ *AMENDED*   □ *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN

## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 2*

| | | | | | | |
|---|---|---|---|---|---|---|
| GECU<br>2009 Ford F150 | $600.00 | $0.00 | Pro-Rata | 5.25% | $0.00 | X Collateral |
| Gvt Emp Cu<br>2009 Ford F150 | $10,082.00 | $6,986.00 | Pro-Rata | 5.25% | $7,726.52 | X Collateral |
| Gvt Emp Cu<br>2009 Ford F150 | $10,072.00 | $0.00 | Pro-Rata | 5.25% | $0.00 | X Collateral |

*"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on*
_____**December 23, 2014**_____ *."*

**/s/ Daniel Romero, Jr.**_____                **/s/ Yvonne Romero**_____
Debtor                                                         Joint Debtor

## V.  Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided.  If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions.  Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date.  If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.  (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor /<br>Property subject to lien | Amount of Lien<br>to be Avoided | Remarks |
|---|---|---|
| | | |

## VI.  Specific Treatment for Payment of Allowed Claims

### 1.  PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS

**A.**   Debtor(s) shall pay the following creditors directly.  Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly.  Minors should be identified by their initials only.  If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth.  Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the<br>name of each DSO creditor) | Remarks | Debt Amount | Payment<br>Amount/Interval |
|---|---|---|---|
| El Paso Tax Assessor-Collector<br>14213 Hunter Creek | Thru 2014 Direct Pay | $7,927.00 | |
| Us Bank Home Mortgage<br>14213 Hunter Creek | Direct Pay by debtors | $263,268.00 | $2,136.00 |
| Volkswagon Credit Inc<br>2013 Volkswagon Passat- Lease | Assumed Lease | $21,161.00 | $543.00 |

Form 11/7/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **Daniel Romero, Jr.**                                                    Case No.
          **Yvonne Romero**
                      Debtor(s)                                        Chapter 13 Proceeding

☐ *__AMENDED__*    ☐ *__MODIFIED__*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 3*

**B.**  Debtor surrenders the following collateral.  Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| | |

**2.  PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS**

**A.**  Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees.  The Trustee shall receive up to 10% of all sums received.  No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Watson Law Firm, P.C. | $3,200.00 | Along With | |
| Western District of Texas Bankr Court | $155.00 | Along With | |

**B.**  Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| | | | |

**C.**  Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| | | | | | | |

**D.**  Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| | | | |

Form 11/7/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **Daniel Romero, Jr.**                                    Case No.
**Yvonne Romero**
Debtor(s)                                    Chapter 13 Proceeding

☐ ***AMENDED***    ☐ ***MODIFIED***

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 4*

---

**E.  Secured Creditors**

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328.  Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| GECU 2009 Ford F150 | $8,114.00 | $15,100.00 | Pro-Rata | 5.25% | $16,700.64 | Pay Claim |
| GECU 2009 Ford F150 | $965.00 | $0.00 | Pro-Rata | 5.25% | $0.00 | X Collateral |
| GECU 2009 Ford F150 | $600.00 | $0.00 | Pro-Rata | 5.25% | $0.00 | X Collateral |
| Gvt Emp Cu 2009 Ford F150 | $10,082.00 | $6,986.00 | Pro-Rata | 5.25% | $7,726.52 | X Collateral |
| Gvt Emp Cu 2009 Ford F150 | $10,072.00 | $0.00 | Pro-Rata | 5.25% | $0.00 | X Collateral |

**F.  General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).**
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately ____**5%**____ of their allowed claims.

| Creditor | Estimated Debt | Remarks |
|---|---|---|
| Aqua Finance Inc | $5,292.00 | |
| Best Buy | $2,955.00 | |
| Bk Of Amer | $8,089.00 | |
| Cap1/berpl | $0.00 | |
| Cap1/fmrw | $0.00 | |
| Cap1/hlzbg | $2,338.00 | |
| Capital One, N.a. | $3,450.00 | |
| Central Finl Control | $870.00 | |
| Chase | $6,433.00 | |
| Chase | $5,576.00 | |
| Chase | $3,165.00 | |
| Chase - Cc | $0.00 | |
| Citibank | $1,417.00 | |
| Citifinancial | $0.00 | |
| Comenity Bank/New York & Company | $251.00 | |
| Comenity Bank/vctrssec | $971.00 | |
| Dell Financial Services | $0.00 | |
| Dpt Ed/slm | $0.00 | |
| Fed Loan Serv | $56,298.00 | |

Form 11/7/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **Daniel Romero, Jr.**                                    Case No.
       **Yvonne Romero**
           Debtor(s)                         Chapter 13 Proceeding

☐ *__AMENDED__*  ☐ *__MODIFIED__*

**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 5*

| | | |
|---|---|---|
| Financial Corporation Of America | $0.00 | |
| First Natl Bank | $0.00 | |
| Ford Motor Credit Corporation | $0.00 | |
| GECRB/Care Credit | $1,412.00 | |
| GECRB/Marta-generic | $0.00 | |
| GECU | $965.00 | Unsecured portion of the secured debt (Bifurcated) |
| GECU | $600.00 | Unsecured portion of the secured debt (Bifurcated) |
| Gvt Emp Cu | $3,096.00 | Unsecured portion of the secured debt (Bifurcated) |
| Gvt Emp Cu | $10,072.00 | Unsecured portion of the secured debt (Bifurcated) |
| Hlzg/cbna | $0.00 | |
| Hsbc/mitsu | $0.00 | |
| James B Nutter & Co | $0.00 | |
| Kohls/capone | $1,459.00 | |
| Navient | $49,303.00 | |
| Project/gemb | $0.00 | |
| Round Two Recovery Llc | $20.00 | |
| Sams Club / GEMB | $0.00 | |
| Sams Club / GEMB | $2,440.00 | |
| Sears/cbna | $0.00 | |
| Slm Financial Corp | $0.00 | |
| Syncb/ashley Furniture | $0.00 | |
| Syncb/discount Tire | $211.00 | |
| Syncb/gap | $0.00 | |
| The Limited/WFNNB | $1,581.00 | |
| Wellsfargo | $0.00 | |

**Totals:**

| | |
|---|---|
| Administrative Claims | **$3,355.00** |
| Priority Claims | **$0.00** |
| Arrearage Claims | **$0.00** |
| Cure Claims | **$0.00** |
| Secured Claims | **$22,086.00** |
| Unsecured Claims | **$168,264.00** |

## VII.  Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:

**Agreed Orders**

Agreed Orders shall control in any conflict between Plan provisions and the provisions in the Agreed Orders.

Form 11/7/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Daniel Romero, Jr.**                                          Case No.
**Yvonne Romero**
                    Debtor(s)                                          Chapter 13 Proceeding

☐ ***AMENDED***      ☐ ***MODIFIED***

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 6*

---

**Disposable Earnings**

Pursuant to 11 U.S.C. § 1322(a)(1) of the Bankruptcy Code, the Debtor(s) shall submit all or such portion of future earnings or other future income of the debtor to the supervision and control of the trustee as is necessary for the execution of the plan. The Debtor(s) agree to report to the Trustee any changes in income that would necessitate modifying their plan by either increasing or decreasing their plan payment or increasing or decreasing payout to unsecured creditors

**Authorization to send monthly bills**

Confirmation of the Plan shall constitute authority for creditors, such as lien-holders on real property and lien-holders on vehicles, who receive monies as direct payments from Debtor(s) as a result of Debtor(s) election to pay such monies outside of the plan to send monthly statements as a convenience to the Debtor(s) and such statements shall not be considered a violation of the provisions of the automatic stay.

**Certain Pre-Confirmation Disbursements**

If a creditor is listed as secured and scheduled to receive pre-confirmation disbursements and post-confirmation payments along with the other secured creditors, but such creditor subsequently files an unsecured claim, then the creditor will not receive any pre-confirmation disbursements and upon confirmation will be paid along with the other unsecured creditors.  The funds that were allocated to such creditor as a pre-confirmation disbursement will be distributed on a pro-rata basis to the other secured creditors.  Similarly, the funds scheduled to be received by such creditor along with other secured creditors on a pro-rata basis.

**Misfiled and Unfiled Creditors Paid Accordingly**

If any secured proof of claim is timely filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as secured unless, it is objected to.  Said claims shall be paid under the plan at 5.5% interest.  Likewise, if any priority proof of claim is timely filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as priority unless it is objected to.  Said priority claim shall not be paid with any interest.

Form 11/7/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:  **Daniel Romero, Jr.**                                             Case No.
           **Yvonne Romero**
                        Debtor(s)                                         Chapter 13 Proceeding

☐ *__AMENDED__*    ☐ *__MODIFIED__*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 7*

Respectfully submitted this date:  __12/23/2014_____.


**/s/ W. Matt Watson**
_____
W. Matt Watson
1123 E. Rio Grande
El Paso, Texas 79902
Phone: (915) 562-4357 / Fax: (866) 201-0967
(Attorney for Debtor)


**/s/ Daniel Romero, Jr.**                          **/s/ Yvonne Romero**
_____          _____
Daniel Romero, Jr.                                 Yvonne Romero
14213 Hunter Creek                                14213 Hunter Creek
El Paso, TX 79938                                  El Paso, TX 79938
(Debtor)                                          (Joint Debtor)


Form 11/7/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Daniel Romero, Jr.**                                              CASE NO.
                    *Debtor*

**Yvonne Romero**                                              CHAPTER    **13**
                    *Joint Debtor*

## CERTIFICATE OF SERVICE

_____

    I, the undersigned, hereby certify that on December 23, 2014, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).


                    **/s/ W. Matt Watson**
                    W. Matt Watson
                    Bar ID:24028878
                    Watson Law Firm, P.C.
                    1123 E. Rio Grande
                    El Paso, Texas 79902
                    (915) 562-4357

_____

| | | |
|---|---|---|
| Aqua Finance Inc<br>xxxxxx4266<br>1 Corporate Dr<br>Wausau, WI 54401 | Cap1/frnrw<br>xxxxxxxxxxx2733<br>Po Box 30253<br>Salt Lake City, UT 84130 | Chase<br>xxxxxxxxxxxx7561<br>Po Box 15298<br>Wilmington, DE 19850 |
| Best Buy<br>xxxxxxxxxxxx8259<br>HRS<br>P.O. Box 15521<br>Wilmington, DE 19850 | Cap1/hlzbg<br>xxxxxxxxxxx2860<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045 | Chase<br>xxxxxxxxxxxx1520<br>Po Box 15298<br>Wilmington, DE 19850 |
| Bk Of Amer<br>xxxxxxxxxxxx6223<br>Po Box 982235<br>El Paso, TX 79998 | Capital One, N.a.<br>xxxxxxxxxxx7318<br>Capital One Bank (USA) N.A.<br>PO Box 30285<br>Salt Lake City, UT 84130 | Chase<br>xxxxxxxxxxxx6273<br>Po Box 15298<br>Wilmington, DE 19850 |
| Cap1/berpl<br>xxxxxxxxxxx6291<br>Po Box 30253<br>Salt Lake City, UT 84130 | Central Finl Control<br>xxxxxx5652<br>Po Box 66044<br>Anaheim, CA 92816 | Chase - Cc<br>xxxxxxxxxxx9580<br>Chase Card Svcs/Attn:Bankruptcy Dept<br>PO Box 15298<br>Wilmington, DE 19850 |

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

IN RE:  **Daniel Romero, Jr.**_____     CASE NO.
_____*Debtor*_____

**Yvonne Romero**_____     CHAPTER     **13**
_____*Joint Debtor*_____

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

---

Citibank
xxxxxxxxxxxx7525
Citicorp Credit Services/Attn: Centraliz
PO Box 790040
Saint Louis, MO 63179

Dpt Ed/slm
xxxxxxxxxxxxxxxxxxx0616
11100 Usa Pkwy
Fishers, IN 46037

GECRB/Care Credit
xxxxxxxxxxx9622
Attn: bankruptcy
PO Box 103104
Roswell, GA 30076


Citifinancial
xxxxxxxxxxxx1164
300 Saint Paul Pl
Baltimore, MD 21202

El Paso Tax Assessor-Collector
221 North Kansas Suite 300
El Paso, Texas 79901

GECRB/Marta-generic
xxxxxxxx0024
Attention: Bankruptcy
PO Box 103104
Roswell, GA 30076


Comenity Bank/New York & Company
xxxxx5852
Attention: Bankruptcy
P.O. Box 182686
Columbus, OH 43218

Fed Loan Serv
xxxxxxxxxxxx0006
Po Box 60610
Harrisburg, PA 17106

GECU
xxxxxxxx1544
Attn: Bankruptcy
PO Box 20998
El Paso, TX 79998


Comenity Bank/vctrssec
xxxxx4226
220 W Schrock Rd
Westerville, OH 43081

Financial Corporation Of America
xxxx3871
Attn: Bankruptcy
PO Box 203500
Austin, TX 78720

GECU
xxxxxxxx1542
Attn: Bankruptcy
PO Box 20998
El Paso, TX 79998


Daniel Romero, Jr.
14213 Hunter Creek
El Paso, TX 79938

First Natl Bank
xxxxxxxxxxxx1699
Po Box 278
Fabens, TX 79838

GECU
xxxxxxxx9421
Attn: Bankruptcy
PO Box 20998
El Paso, TX 79998


Dell Financial Services
xxxxxxxxxxxxxx9455
Dell Financial Services Attn:
Bankrupcty
PO Box 81577
Austin, TX 78708

Ford Motor Credit Corporation
xxxx9928
Ford Motor Credit
PO Box 6275
Dearborn, MI 48121

Gvt Emp Cu
xxxxxxxxxxxx4649
7227 Viscount Blvd
El Paso, TX 79925

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:  **Daniel Romero, Jr.**
_____
CASE NO.

_Debtor_

**Yvonne Romero**
_____
CHAPTER  **13**

_Joint Debtor_

## CERTIFICATE OF SERVICE
(Continuation Sheet #2)

---

Gvt Emp Cu
xxxxxxxxxxxx7286
7227 Viscount Blvd
El Paso, TX 79925

Navient
xxxxxxxxxxxxxxxxxxx1027
Po Box 9500
Wilkes Barre, PA 18773

STUART C. COX
Standing Chapter 13 Trustee,
1760 North Lee Trevino Dr.
El Paso, TX  79936

Hlzg/cbna
xxxxxxxxxxxx1660
Po Box 6497
Sioux Falls, SD 57117

Project/gemb
xxxxxxxxxxxx8383
PO Box 103104
Roswell, GA 30076

Stuart C. Cox, Trustee
1760 North Lee Trevino
El Paso, TX 79936

Hsbc/mitsu
xxxxxxxxxxxx9886
Attention: HSBC Retail Services
Po Box 5263
Carol Stream, IL 60197

Round Two Recovery Llc
xxxxxxxxxxxx5008
3690 E I 240 Service Rd
Oklahoma City, OK 73135

Syncb/ashley Furniture
xxxxxxxxxxxx8910
C/o Po Box 965036
Orlando, FL 32896

James B Nutter & Co
xx1845
4153 Broadway
Kansas City, MO 64171

Sams Club / GEMB
xxxxxxxxxxxx7295
Attention:  Bankruptcy Department
PO box 103104
Roswell, GA 30076

Syncb/discount Tire
xxxxxxxxxxxx4023
C/o P.o. Box 965036
Orlando, FL 32896

Kohls/capone
xxxxxxxxxxxx4695
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Sears/cbna
xxxxxxxxxxxx0043
Po Box 6283
Sioux Falls, SD 57117

Syncb/gap
xxxxxxxxxxxx6851
4125 Windward Plaza
Alpharetta, GA 30005

Linebarger Goggan Blair & Sampson,
LLP
711 Navarro, Suite 300
San Antonio, TX 78205

Slm Financial Corp
xxxxxxxxxxxxxxxxxxx1014
Po Box 9500
Wilkes Barre, PA 18773

The Limited/WFNNB
xxxxx5669
WFNNB/Attn: Bankruptcy
PO Box 182686
Columbus, OH 43218

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

IN RE:   **Daniel Romero, Jr.**_____                CASE NO.

_____*Debtor*_____

**Yvonne Romero**_____                CHAPTER     **13**

_____*Joint Debtor*_____

## CERTIFICATE OF SERVICE
(Continuation Sheet #3)

Us Bank Home Mortgage
xxxxxxxxx1573
4801 Frederica St
Owensboro, KY 42301


Volkswagon Credit Inc
xxxxx8522
National Bankruptcy Services
9441 LBJ Freeway, Suite 250
Dallas, TX 75241


Wellsfargo
xxxxxxxxxxx0062
800 Walnut St
Des Moines, IA 50309


Western District of Texas Bankr Court
511 E. San Antonio Ave., 4th Floor
El Paso, TX 79901